**Order entered December 7, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-14-00822-CR**

**ANTWON CARTER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-81511-2013**

## ORDER

The Court **REINSTATES** the appeal.

On November 25, 2015, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On December 3, 2015, we received appellant's brief, together with an extension motion. Therefore, in the interest of expediting the appeal, we **VACATE** the November 25, 2015 order requiring findings.

We **GRANT** the December 3, 2015 extension motion and **ORDER** appellant's brief filed as of the date of this order.

/s/     ADA BROWN
         JUSTICE